**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA
*ex rel.* TAMIKA MILLER,

                  Plaintiff,

      v.

CITIGROUP INC., *et al.*,

           Defendants.

-------------------------------------------------------------x

**UNDER SEAL**

19 Civ. 10970 (DLC)

## ORDER

      The United States of America having declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the complaint filed by Relator;

      IT IS ORDERED THAT:

      1.     The complaint shall be unsealed thirty days after entry of this Order and, in the event that Relator has not moved to dismiss the action, service upon the defendants by Relator is authorized as of that date.  If Relator voluntarily dismisses the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, Relator may seek to modify this Order with the consent of the United States or by motion on notice to the United States.

      2.     All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, Relator's complaint, this Order, and the Government's Notice of Decision to Decline Intervention (the "Notice of Decision").  Relator will serve upon the defendants this Order and the Notice of Decision only after service of the complaint.

3.      Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4.      The parties shall serve all pleadings, motions, and notices of appeal filed in this matter, including supporting memoranda, upon the United States.  The United States may order any transcripts of depositions.  The United States may seek to intervene with respect to the allegations in Relator's complaint, for good cause, at any time or seek dismissal of this action.

5.      All orders of this Court in this matter shall be sent to the United States by Relator.

6.      Should Relator or any defendant propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, or that any of the defendants be dismissed from the case, the party or parties proposing such relief must solicit the written consent of the United States before applying for Court approval.


Dated: New York, New York
        August 6, 2021

    SO ORDERED:

    _____
    HONORABLE DENISE L. COTE
    UNITED STATES DISTRICT JUDGE

2