```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA ex rel.        :
TAMIKA MILLER, and TAMIKA MILLER        :
                                        :     19cv10970 (DLC)
                           Plaintiffs,  :
                -v-                     :     ORDER
                                        :
CITIGROUP INC., CITIBANK, N.A.,         :
CITIBANK INC., and DOE COROPORATIONS    :
1-10,                                   :
                                        :
                           Defendants.  :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 31, 2022, the relator filed a motion for an award of a qui tam relator's share. Accordingly, it is hereby

ORDERED that any opposition is due **February 25, 2022**. Any reply is due **March 11, 2022**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the relator's counsel shall serve the January 31 motion upon all interested parties, and file an Affidavit of Service on the docket.

Dated:   New York, New York
         February 11, 2022

```
                              _____
                                       DENISE COTE
                              United States District Judge
```