```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA ex rel.         :
TAMIKA MILLER, and TAMIKA MILLER,        :
                                         :       19cv10970(DLC)
                            Plaintiffs,  :
              -v-                        :          ORDER
                                         :
CITIGROUP, INC., CITIBANK, N.A.,         :
CITIBANK, INC., and DOE CORPORATIONS     :
1-10,                                    :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 25, 2022, defendants filed a motion to dismiss the plaintiff's complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by **April 15, 2022.** It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition by **April 15, 2022.** Defendants' reply, if any, shall be filed by **April 29, 2022.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          March 25, 2022

                                     _____
                                         DENISE COTE
                                    United States District Judge

2