# Valli Kane & Vagnini

### EMPLOYEE RIGHTS ATTORNEYS

600 Old Country Road
Suite 519
Garden City, NY 11530

Tel: (516) 203-7180
Fax: (516) 706-0248
www.vkvlawyers.com

May 20, 2022

**VIA ECF**

Honorable Denise L. Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 1040
New York, New York 10007

> Re:   ***United States of America et al. ex rel. Miller v. Citigroup, Inc. et al.,***
> **19 Civ. 10970 (DLC)**

Dear Judge Cote:

Along with our co-counsel Mehri & Skalet, we represent the Relator in the above-referenced *qui tam* action.   Today we filed Relator's Reply to the United States' and Defendants' respective Oppositions to the Relator's Motion for an Award of a *Qui Tam* Relator's Share.  Pursuant to Your Honor's Rules, we write to respectfully request Oral Argument on this Motion.  This motion encompasses a few different novel legal issues and we would welcome the opportunity to appear before Your Honor to address them. We thank the Court for its consideration.

Respectfully submitted,

*s/ Sara Wyn Kane*
Sara Wyn Kane

Cc:   Via ECF and/or Email:
Counsel for Citibank & The United States