**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES ex. rel. TAMIKA MILLER,
TAMIKA MILLER,

                        Plaintiffs,

    -against-                                   19 **CIVIL** 10970 (DLC)

                                                    **JUDGMENT**

CITIGROUP INC., CITIBANK, N.A.,
CITIBANK INC., and DOE CORPORATIONS
1-10,

                        Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2022, the Relator's January 31, 2022 motion for a qui tam relator's share is denied. The defendants' March 25, 2022 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

      June 22, 2022

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                         **BY:**      *K. Mango*
                                                      _____
                                                        **Deputy Clerk**