```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES ex. rel. TAMIKA MILLER     :
and TAMIKA MILLER,                       :
                                         :
                    Plaintiffs,          :
                                         :       19cv10970 (DLC)
         -v-                             :
                                         :            ORDER
CITIGROUP INC., CITIBANK, N.A.,          :
CITIBANK INC., and DOE CORPORATIONS 1-   :
10                                       :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received on July 20, 2022 Tamika Miller's motion for reconsideration, it is hereby

    ORDERED that the defendants need not respond to the motion unless ordered by the Court to do so.

Dated:    New York, New York
           July 25, 2022

                                  _____
                                     DENISE COTE
                            United States District Judge