# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America et. al. x re. Tamika Miller

Tamika Miller

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Citibank, NA

(List the full name(s) of the defendant(s)/respondent(s).)

1:19 CV 10970 ( DLC )(     )

**NOTICE OF APPEAL**

AMENDED, original Notice of Appeal filed on July 22, 2022.

Notice is hereby given that the following parties: United States of America et. al. x re. Tamika Miller

Tamika Miller

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on: August 1, 2022

(date that judgment or order was entered on docket)

that: Denied Relator's Motion for Reconsideration with regard to the granting of Defendant's Motion to Dismiss, denying Relator's Motion for a Relator's Share and not permitted a fair opportunity to amend.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 11, 2022
Dated

Signature*

Valli, Jr., Robert J.
Name (Last, First, MI)

600 Old Country Road, Ste. 519
Address

Garden City
City

New York
State

11530
Zip Code

516-203-7180
Telephone Number

rvalli@vkvlawyers.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13